No. 703. FRED MEYER, INC., ET AL. v. FEDERAL TRADE COMMISSION, *ante*, p. 908;

No. 793. FEIN v. NEW YORK, 385 U. S. 649;

No. 862. MAGNUS v. UNITED STATES, *ante*, p. 909;

No. 870. CURTIS ET AL. v. BOEGER, WARDEN, *ante*, p. 914;

No. 871. GRAND ET AL. v. BOEGER, WARDEN, *ante*, p. 914;

No. 890, Misc. BENNETT v. NORTH CAROLINA, 385 U. S. 1018;

No. 1037, Misc. CLEMONS v. UNITED STATES, *ante*, p. 921;

No. 1046, Misc. McCREARY v. WILSON, WARDEN, *ante*, p. 922;

No. 1093, Misc. SKOLNICK v. PARSONS, U. S. DISTRICT JUDGE, ET AL., *ante*, p. 903;

No. 1110, Misc. PIERSON v. NEW JERSEY, *ante*, p. 924; and

No. 1116, Misc. LEE v. KANSAS, *ante*, p. 925. Petitions for rehearing denied.

No. 894, Misc. WILLIAMS v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL., 385 U. S. 986. Motion for leave to file petition for rehearing denied.

MARCH 24, 1967.

No. 25. UNITED STATES v. ARNOLD, SCHWINN & CO. ET AL. D. C. N. D. Ill. Motion of counsel for appellees for postponement of argument and for extension of time for filing of appellees' briefs denied. *Harold D. Burgess* and *Robert C. Keck* for Arnold, Schwinn & Co., and *Earl E. Pollock* and *Michael M. Lyons* for Schwinn Cycle Distributors Association, on the motion. [For earlier orders herein, see 382 U. S. 936, 384 U. S. 901.]